JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ZHANG,<br>　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br>　　Defendants. | 2:24-cv-02742-DSF-SSCx<br><br>JUDGMENT |

　　The Court having been notified that Plaintiff has received the relief sought in the Complaint,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed as moot.

Date: September 16, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge